# Neil Cohen, Esq.

32 Court Street, Suite 507
Brooklyn, N.Y. 11201

(718) 624-3246 Fax (718) 875-5883
NEILCOHEN@LAWYER.COM

May 19, 2012

Honorable Dora L. Irizarry
United State District Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

               Re: Gargano v. City of NY et al
               CV 11-4788 (Irizarry, J.)(Gold, M.J.)

Dear Judge Irizarry:

    This office represented the plaintiff in the above matter who is now deceased.

    I have not been retained by any one to proceed in this matter.

    I understand that the Court has no alternative to dismiss this action pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. I have informed the decedent's sister as to this matter.

                                      Very truly yours

                                      Neil Cohen

cc: Wesley Bauman
    Assistant Corporation Counsel